UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS ALLBROOKS,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW YORK STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>       Defendants. | 20-CV-8602 (LLS)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued March 31, 2021, dismissing the amended complaint,

 IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  March 31, 2021
    New York, New York

                   *Louis L. Stanton*
                    Louis L. Stanton
                      U.S.D.J.